**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7516**

_____

WALTER DUANE WHITE,

                    Plaintiff - Appellant,

          v.

JOYCE FRANCIS, Warden; VALORIE RAPPOLD, A.W. Operations;
MATT ARNOLD, Captain; SLIGER, Lt. Security; DEBORAH
LIVINGSTON, Disciplinary Hearing Officer (D.H.O.); WILSON,
Assistant Food Service Administrator; MRS. VELTYRY, A-Unit
Manager (Coordinator Job Assignments); MARK DIB, Lt.,
Physicians Assistant; MRS. FRYE, Food Service Correctional
Officer; MRS. HILTON, Food Service Correctional Officer;
ROBERT SPEARS,

                    Defendants – Appellees,

          and

UNITED STATES OF AMERICA; DEPARTMENT OF JUSTICE; FEDERAL
BUREAU OF PRISONS; FEDERAL CORRECTIONAL INSTITUTION, GILMER,

                    Defendants.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.   Irene M. Keeley,
District Judge. (1:07-cv-00032-IMK-JSK)

_____

Submitted: April 22, 2009          Decided: May 13, 2009

_____

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

———————————

Walter Duane White, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Duane White appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we deny White's motion for appointment of counsel and affirm for the reasons stated by the district court. <u>White v. Francis</u>, No. 1:07-cv-00032-IMK-JSK, 2008 WL 2705102 (N.D. W. Va. July 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>